**Aurelio SALDIVAR–TORRES,
Petitioner,**

v.

**Loretta E. LYNCH, Attorney
General, Respondent.**

**No. 14–70458.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 20, 2016.*

Filed Feb. 1, 2016.

Fabian C. Serrato, Serrato Law Firm, Santa Ana, CA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Margaret Anne O'Donnell, OIL, U.S. Department of Justice, Washington, DC, for Respondent.

Before: CANBY, TASHIMA, and NGUYEN, Circuit Judges.

MEMORANDUM **

Aurelio Saldivar–Torres, a native and citizen of Mexico, petitions for review of the Department of Homeland Security's February 19, 2014, order reinstating his 1987 order of deportation. We have jurisdiction under 8 U.S.C. § 1252.

Saldivar–Torres contends that he is a citizen of the United States. We conclude that the administrative record presents a genuine issue of material fact as to whether Saldivar–Torres' United States citizen father satisfied the physical presence requirements necessary for Salvidar–Torres to acquire derivative citizenship at birth. Accordingly, we transfer these proceedings to the United States District Court for the federal district in which Saldivar–Torres has his residence for a de novo hearing on Saldivar–Torres' citizenship. *See* 8 U.S.C. § 1252(b)(5)(B); *Ayala–Villanueva v. Holder*, 572 F.3d 736, 738, 740 (9th Cir.2009). As the most recent information in Saldivar–Torres' file indicates that he resides in the Central District of California, we transfer to that District Court. We express no view as to the

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

merits of Saldivar–Torres' claim to United States citizenship. We hold the petition for review in abeyance pending the District Court's decision.

We take judicial notice of the certified administrative record of Saldivar–Torres' 2002 removal proceedings, filed in this case on July 25, 2014, by the Executive Office for Immigration Review. *See Dent v. Holder*, 627 F.3d 365, 371 (9th Cir.2010) (taking judicial notice of agency records).

**MATTER TRANSFERRED; PETITION FOR REVIEW HELD IN ABEYANCE.**